IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Crim. Action No. 3:26-CR-00211-N |
| | § | |
| TERRANCE RODGERS (6) | § | |

## ORDER

Before the Court is the Defendant's Motion for Review and Revocation of Pretrial Order for Detention filed June 30, 2026. The Hearing as to the motion is scheduled for Tuesday, July 21, 2026 at 10:00 a.m. in courtroom 1505.

Signed July 16, 2026.

_____
David C. Godbey
Senior United States District Judge

ORDER – SOLO PAGE